UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN C. MUTCH, etc., et al.,

    Plaintiffs,

v.                                  Case No. 3:04-cv-97-J-12TEM

PGA TOUR, INC.,

    Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc.105) of the United States Magistrate Judge, filed January 25, 2006, recommending to the Court that Plaintiffs Joseph Terry and George Clemmer be dismissed with prejudice from this lawsuit. As of the date of this Order, no objections have been filed to the Report and Recommendation.

The Court has reviewed the matter and finds for the reasons set forth in the Report and Recommendation (Doc.105) that Plaintiffs Joseph Terry and George Clemmer are due to be dismissed from this action with prejudice. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc.105); and

2.    That Plaintiffs Joseph Terry and George Clemmer are hereby dismissed from this action with prejudice and the Court will withhold entry of Judgment until disposition of the entire case.

**DONE AND ORDERED** this __1 ST.__ day of March 2006.

*Howell W. Melton*
Howell W. Melton
Senior United States District Judge

Copies to:
Counsel of Record